James Ervin McGEE, Jr., Petitioner—
Appellant,

v.

Jonathan E. OZMINT; Colie Rushton;
Henry McMaster, Attorney General of
South Carolina, Respondents—Appel-
lees.

No. 05–7334.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 15, 2005.

Decided Dec. 21, 2005.

James Ervin McGee, Jr., Appellant Pro
Se. William Edgar Salter, III, Office of the
Attorney General of South Carolina, Co-
lumbia, South Carolina, for Appellees.

Before MICHAEL and DUNCAN,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

James E. McGee, Jr. seeks to appeal the
report and recommendation of a Magis-
trate Judge, issued on August 12, 2005.
This Court may exercise jurisdiction only
over final orders, 28 U.S.C. § 1291 (2000),
and certain interlocutory and collateral or-
ders, 28 U.S.C. § 1292 (2000); Fed.
R.Civ.P. 54(b); *Cohen v. Beneficial Indus.
Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93
L.Ed. 1528 (1949). The order McGee
seeks to appeal is neither a final order nor
an appealable interlocutory or collateral
order. Accordingly, we dismiss the appeal
for lack of jurisdiction. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED*